UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROGER BARTNICK,

    Plaintiff,

v.                                    Case No: 5:13-cv-317-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Roger Bartnick's appeal from an administrative decision of the Commissioner of the Social Security Administration, which was referred to United States Magistrate Judge Philip R. Lammens for a report and recommendation. The Court having reviewed the Report and Recommendation of the Magistrate Judge (Doc. No. 21), and no party having filed an objection, it is hereby

**ORDERED** that the Report and Recommendation (Doc. No. 21) is hereby **APPROVED** and **ADOPTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of the Court is directed to **ENTER JUDGMENT** consistent with this Order and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this \_\_17\_\_ day of July, 2014.

                                                        G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record